LAWRENCE J. GORNICK, ESQ. (SBN 136290)
DENNIS J. CANTY, ESQ. (SBN 207978)
EMILY CHARLEY, ESQ. (SBN 238542)
**LEVIN SIMES KAISER & GORNICK LLP**
One Bush Street, 14th Floor
San Francisco, California 94104
Telephone    (415) 646-7160
Facsimile    (415) 981-1270

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUETTA L. REYNOLDS, | ORDER<br><br>Case No. C 06 1541 SC<br><br>**NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANTS ASTRAZENECA PHARMACEUTICALS, L.P., ASTRAZENECA, L.P., JOHNSON & JOHNSON COMPANY AND JANSSEN PHARMACEUTICA PRODUCTS, L.P. A/K/A JANSSEN, L.P., A/K/A JANSSEN PHARMACEUTICA, L.P., A/K/A JANSSEN PHARMACEUTICA, INC.**<br><br>HON. SAMUEL CONTI |
| Plaintiff, | |
| vs. | |
| ASTRAZENECA PHARMACEUTICALS, L.P., et al. | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a), Plaintiff voluntarily dismisses without prejudice defendants **ASTRAZENECA PHARMACEUTICALS, L.P., ASTRAZENECA, L.P., JOHNSON & JOHNSON COMPANY AND JANSSEN PHARMACEUTICA PRODUCTS, L.P. A/K/A JANSSEN, L.P., A/K/A JANSSEN PHARMACEUTICA, L.P., A/K/A JANSSEN PHARMACEUTICA, INC.** from the above-captioned action.

Dated: May 1, 2006

LEVIN SIMES KAISER & GORNICK LLP

_/s/ Dennis J. Canty_
Dennis J. Canty
Attorneys for Plaintiff

[Stamp: IT IS SO ORDERED / Judge Samuel Conti]

VOLUNTARY DISMISSAL                                                                 PAGE 1